UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDON JOHNSON | CIVIL ACTION |
| VERSUS | NO: 08-4084 |
| TANGIPAHOA PARISH JAIL, ET AL. | SECTION: R |

### ORDER

The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of December, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE